**STATE v. LAWRENCE**

[363 N.C. 118 (2009)]

STATE OF NORTH CAROLINA v. HERBERT EARL LAWRENCE

No. 405A08

(Filed 20 March 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 191 N.C. App. ——, 663 S.E.2d 898 (2008), finding no error in judgments entered on 13 July 2007 by Judge J.B. Allen in Superior Court, Durham County. Heard in the Supreme Court 24 February 2009.

*Roy Cooper, Attorney General, by Philip A. Lehman, Assistant Attorney General, for the State.*

*John Keating Wiles for defendant-appellant.*

PER CURIAM.

AFFIRMED.